# Order

**Supreme Court**
**Lansing, Michigan**

September 21, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129262

In re INGE KATELYNN STRAMAGLIA,
Minor.

_____/

FAMILY INDEPENDENCE AGENCY,
    Petitioner-Appellee,

v

                                          SC: 129262
                                          COA: 256133
                                          Macomb CC Family Division:

MICHAEL ANTHONY STRAMAGLIA,
    Respondent-Appellant.
                                             95-041896-NA

_____/

On order of the Court, the application for leave to appeal the May 26, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



    I, CORBIN R. DAVIS, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

September 21, 2005

Clerk

d0914